DAVID L. ANDERSON (CABN 149604)
United States Attorney

**FILED**

FEB 11 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-CR-367-9 CRB |
| Plaintiff, | |
| v. | VIOLATION:<br>21 U.S.C. § 843(b) – Illegal Use of a Communication Facility |
| GUSTAVO ADOLFO GAMEZ-VELASQUEZ,<br>a/k/a "Bomba," | |
| Defendant. | |

## SUPERSEDING INFORMATION

The United States Attorney charges:

On June 4, 2019, in the Northern District of California and elsewhere, the defendant,

GUSTAVO ADOLFO GAMEZ-VELASQUEZ,
a/k/a "Bomba,"

did knowingly and intentionally use a communication facility in committing, causing and facilitating the

//
//
//
//
//

INFORMATION

commission of an act constituting a felony under Title 21, Subchapter I, in violation of Title 21, United States Code, Section 843(b).

DATED: 2/11/20

DAVID L. ANDERSON
United States Attorney

RYAN REZAEI
Assistant United States Attorney

INFORMATION